IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMARCUS DEWAYNE HATCHER,     )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )      2:23cv561-MHT
                              )          (WO)
MAC SIM BUTLER MONTGOMERY     )
COUNTY DETENTION FACILITY,    )
et al.,                       )
                              )
     Defendants.              )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was incarcerated at the Montgomery County Detention Facility while facing charges in federal court, filed this lawsuit complaining that defendants failed to protect him from a serious assault by other inmates, who broke his jaw in two places, and that the jail staff did not properly care for his broken jaw when he returned from the hospital, resulting in permanent damage. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice

for failure to prosecute and comply with the orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of February, 2025.

                                            /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**